THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOND AND MORTGAGE GUARANTEE COMPANY, in Rehabilitation, Respondent, v. THOMAS A. COOK and Others, as Assessors of the City of Long Beach, Appellants, and UNION FREE SCHOOL DISTRICT No. 28, TOWN OF HEMPSTEAD, NASSAU COUNTY, N. Y., Defendant.— Pursuant to the stipulation the appeal is discontinued, without costs.   Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FEIBER REALTY CORPORATION, Respondent, v. THOMAS A. COOK and Others, as Assessors and Constituting the Board of Assessors in and for the City of Long Beach, County of Nassau, State of New York, Appellants, and UNION FREE SCHOOL DISTRICT No. 28, TOWN OF HEMPSTEAD, NASSAU COUNTY, N. Y., Defendant.— Pursuant to the stipulation the appeal is discontinued, without costs.   Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LONGKEN, INC., Respondent, v. THOMAS A. COOK and Others, as the Board of Assessors of the City of Long Beach, Appellants.— Pursuant to the stipulation the appeal is discontinued, without costs.   Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARNEY NIEFELD, Appellant, v. LEWIS E. LAWES, as Warden of the State Prison at Ossining, New York, Respondent.— Order dismissing writ of habeas corpus and remanding the relator affirmed. No opinion.   Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

MARGARET TEEN, Respondent, v. KALEEL A. TEEN, Appellant.— Order granting plaintiff's motion to punish the defendant as for a contempt in failing to make payments of alimony under a judgment of separation as modified, modified by reducing the amount of the fine from $2,975 to $2,575 and as thus modified affirmed, without costs.   The facts with reference to the period to which this added $400 was allocated are not in the record and must be made the subject of enforcement by a separate application if it becomes necessary so to do.   Order, in so far as it granted defendant's motion to modify the alimony provisions in the judgment of separation by reducing the payments required from $200 to $150 a month affirmed, with ten dollars costs and disbursements to the respondent.   Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ., concur.

EDITH TREUHAFT, an Infant, by ARANKA TREUHAFT, Guardian ad Litem, and ARANKA TREUHAFT, Appellants, v. GEORGE FISCH and BERTHA FISCH, Respondents. — Appeal dismissed on call of calendar, no briefs having been filed and there being no appearances.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ.